IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BRIAN K. HUBBARD,

      Appellant,

 v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D22-1543
LT Case No. 2006-CF-004368-A

Decision filed July 3, 2023

3.850 Appeal from the Circuit Court
for Marion County,
Lisa D. Herndon, Judge.

Rachael E. Reese and Olivia M. Nathan,
of O'Brien Hatfield Reese, P.A., Tampa,
for Appellant.

Ashley Moody, Attorney General and
Rebecca Rock McGuigan,  Assistant
Attorney General, Tallahassee, for
Appellee.


PER CURIAM.

    AFFIRMED.


EISNAUGLE, KILBANE and MACIVER, JJ., concur.